```
COOLEY LLP
STEVEN M. STRAUSS (099153)
SUMMER J. WYNN (240005)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
sms@cooley.com
swynn@cooley.com

DLA PIPER LLP (US)
MICHAEL S. TRACY  (101456)
M. RAY HARTMAN III  (211205)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
mike.tracy@dlapiper.com
ray.hartman@dlapiper.com

DOWNEY BRAND LLP
STEVEN H. GOLDBERG  (140039)
GREGORY T. BRODERICK  (220871)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
sgoldberg@downeybrand.com
gbroderick@downeybrand.com
```

Attorneys for Defendants
KINDER MORGAN ENERGY PARTNERS, L.P., KINDER MORGAN MANAGEMENT, LLC, SFPP, L.P., KINDER MORGAN OPERATING, L.P. "D", KINDER MORGAN G.P., INC., and SANTA FE PACIFIC PIPELINES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA and THE CITY OF SAN DIEGO,<br><br>Plaintiffs,<br><br>v.<br><br>KINDER MORGAN ENERGY PARTNERS, L.P., et al.,<br><br>Defendants. | Case No.  07-CV-1883 MMA (WVG)<br><br>**NOTICE OF APPEARANCE OF STEVEN M. STRAUSS ON BEHALF OF DEFENDANTS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NOTICE OF APPEARANCE RE: DEFENDANTS
KINDER MORGAN ENERGY PARTNERS, ET AL.
CASE NO. 07-CV-1883 MMA (WVG)

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Steven M. Strauss of Cooley LLP, 4401 Eastgate Mall, San Diego, CA 92121-1909, is hereby appearing as counsel on behalf of Defendants Kinder Morgan Energy Partners, L.P., et al. ("Kinder Morgan") in the above-captioned matter.

Kinder Morgan requests that all notices, including all electronic ("ECF") notices, given or required to be given, and all papers filed or served, or required to be served, in the above-captioned matter be provided to and served upon counsel for Kinder Morgan at the address set forth below:

COOLEY LLP
STEVEN M. STRAUSS (099153)
sms@cooley.com
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Dated: August 24, 2012                    COOLEY LLP


/s/ Steven M. Strauss
Steven M. Strauss (099153)

Attorneys for Defendants
KINDER MORGAN ENERGY PARTNERS, L.P., ET AL.

766653/SD

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

NOTICE OF APPEARANCE RE: DEFENDANTS
KINDER MORGAN ENERGY PARTNERS, ET AL.
CASE NO. 07-CV-1883 MMA (WVG)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following document was e-filed on August 24, 2012, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

(1)  **NOTICE OF APPEARANCE OF STEVEN M. STRAUSS ON BEHALF OF DEFENDANTS**

Dated: August 24, 2012

/ s / *Steven M. Strauss*
Steven M. Strauss